◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD MOTZ, Appellant, v ELIZABETH O'MEARA, as Superintendent of Gouverneur Correctional Facility, Respondent. [23 NYS3d 915]— Appeal from a judgment of the Supreme Court (Feldstein, J.), entered January 23, 2015 in St. Lawrence County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Peters, P.J., Egan Jr., Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed, without costs.

◼ In the Matter of NOEL BELGRAVE, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [23 NYS3d 916]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.